

**kbr**
KAUFMAN BORGEEST & RYAN LLP

120 BROADWAY, NEW YORK, NY 10271
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

July 29, 2020

CARA A. O'SULLIVAN
DIRECT: 646.367.6718
COSULLIVAN@KBRLAW.COM

<u>VIA ECF</u>

Honorable Philip M. Halpern, U.S.D.J
Daniel Patrick Moynihan
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   Duvet v. Pine Valley Center for Rehabilitation and Nursing
       Civil Action No.:     19-CV-03744
       KBR File No.:          1061.049

Dear Judge Halpern:

This firm represents the defendant, Pine Valley Center for Rehabilitation and Nursing, in the above-referenced matter.

We write this letter, with Plaintiff's consent, to adjourn the telephonic pre-trial conference scheduled for August 5, 2020. This is the first request for an adjournment. The request is needed as the undersigned is scheduled to appear in a mediation on said date. The parties suggest August 6th, 10th, 12th or 13th as an adjourned date. This request does not affect any other dates.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN

*Cara A. O'Sullivan*

Cara A. O'Sullivan

cc:   All Counsel of Record
       (via ECF)

> Application granted. The August 5, 2020 conference is adjourned until August 12, 2020 at 2:00 p.m. The Clerk is instructed to terminate ECF No. 99.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: New York, NY
>        July 30, 2020

NEW YORK          NEW JERSEY          CONNECTICUT          CALIFORNIA

6620561