UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SANDY DUVET, on behalf of herself and all
others similarly situated,                                          **ORDER**

                            Plaintiff,                                  19-cv-03744 (PMH)

v.

PINE VALLEY CENTER FOR
REHABILITATION AND NURSING,

                            Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On November 20, 2020, Plaintiff moved under Federal Rule of Civil Procedure 23 to: (1)

certify a class as defined in her notice of motion; (2) appoint Plaintiff as class representative; and

(3) appoint Plaintiff's counsel, Orin Kurtz of Gardy & Notis, LLP, as class counsel. (*Id.*). In a

letter dated July 30, 2021, the parties informed the Court that they have reached a settlement in

principle in this matter, as well as in another "separate, yet similar, lawsuit." (Doc. 125 at 1). On

August 2, 2021, the Court directed the parties to file settlement documents, including a fairness

letter under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by September

17, 2021. (Doc. 126).

In light of the settlement in principle, Plaintiff's Rule 23 motion is hereby DENIED

without prejudice to renewal.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending

at Doc. 111.

SO ORDERED:

Dated:  White Plains, New York
        August 3, 2021

_____
Philip M. Halpern
United States District Judge