**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SANDY DUVET, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PINE VALLEY CENTER FOR REHABILITATION AND NURSING,<br><br>Defendant. | **No. 7:19-cv-3744-PMH** |

**NOTICE OF UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING SETTLEMENT, CERTIFYING SETTLEMENT CLASS, APPOINTING PLAINTIFF AS CLASS REPRESENTATIVE, APPOINTING PLAINTIFF'S COUNSEL AS CLASS COUNSEL, APPROVING THE CLASS NOTICE, AND SCHEDULING A FAIRNESS HEARING**

PLEASE TAKE NOTICE THAT Plaintiff Sandy Duvet ("Plaintiff") will move this Court, before the Honorable Philip M. Halpern, in the United States District Court for the Southern District of New York, located at 300 Quarropas Street, Courtroom 520, White Plains, New York 10601, on a date to be set by the Court, pursuant to Federal Rule of Civil Procedure 23, for an Order (1) preliminarily finding that the Settlement Agreement, dated October 7, 2021 is fair, reasonable, and adequate, and in the best interest of the Settlement Class, (2) approving the plan for dissemination of notice as set forth in the Settlement Agreement; (3) appointing Analytics Consulting LLC as Notice and Settlement Administrator; (4) certifying, pursuant to Federal Rule of Civil Procedure 23, the Settlement Class for settlement purposes only; (5) appointing Plaintiff as Class Representative; (6) appointing Orin Kurtz of Gardy & Notis, LLP as Class Counsel; and

(7) scheduling a Fairness Hearing to consider the final approval of the Proposed Settlement.

PLEASE TAKE FURTHER NOTICE that in support of said motion, Plaintiff shall rely upon the October 8, 2021 Declaration of Orin Kurtz with exhibits and the accompanying Memorandum of Law.

Dated: New York, New York
October 8, 2021

**GARDY & NOTIS, LLP**

By: _s/Orin Kurtz_
Orin Kurtz
Tower 56
126 East 56th Street, 8th Floor
New York, New York 10022
Tel: (212) 905-0509
Fax: (212) 905-0508
okurtz@gardylaw.com

*Attorneys for Plaintiffs*